(93 South. 921)

Ex parte BASKIN. (6 Div. 691.) (Supreme Court of Alabama. May 18, 1922. Rehearing Denied June 30, 1922.) Certiorari to Court of Appeals. Brenton K. Fisk, of Bir-

mingham, for petitioner. W. T. Stewart, of Birmingham, opposed.

MILLER, J. Petition of Joel L. Baskin for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in the case of Joel L. Baskin v. W. O. Taylor, 93 South. 336.[1] This court approves the conclusion reached by the Court of Appeals in this case, under the authority of the cases of Forbes v. Davis, 187 Ala. 71, 65 South. 516, and Bogan v. Hamilton, 90 Ala. 454, 8 South. 186, and the writ is denied. All the Justices concur.